UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN LIVADITIS, <br><br> Petitioner, <br><br> v. <br><br> ROBERT K. WONG, Warden, California State Prison at San Quentin, <br><br> Respondent. | CASE NO. CV 96-2833 SVW <br><br> **DEATH PENALTY CASE** <br><br> ORDER TO SHOW CAUSE |

An evidentiary hearing in this matter was set to begin on April 28, 2010. Pursuant to the Court's order, the parties were to file all direct testimony by declaration one month before the hearing. The Court indicated that it would permit only live cross-examination and redirect at the hearing. On the eve of the hearing, respondent filed an ex parte application to supplement the direct testimony declaration of Dr. John T. Dunn, respondent's only witness. This change to Dr. Dunn's declaration significantly altered the evidence being presented at the hearing. As a result, it was necessary to excuse a witness for petitioner who had traveled from Connecticut to California for the hearing. That witness will have to return to California when the hearing resumes on June 15, 2010.

Accordingly, respondent's attorneys, James William Bilderback II, Keith

Bojorn, A. Scott Hayward, J. Michael Lehmann, Blythe Leszkay, Victoria B. Wilson, and any other attorney for respondent who knew about or worked on the belated application to augment Dr. Dunn's direct testimony declaration, are ordered to show cause why they should not be sanctioned individually for the costs associated with the unnecessary travel of Dr. Sanislow.  Responses to the order to show cause are due within ten days of entry of this order.

    IT IS SO ORDERED.

    Dated: May 6, 2010.

                                        STEPHEN V. WILSON
                                      United States District Judge