**FILED**
CLERK, U.S. DISTRICT COURT

JUL 8, 2014

CENTRAL DISTRICT OF CALIFORNIA
BY: _____PMC_____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN LIVADITIS,<br><br>　　　　Petitioner,<br><br>　　　v.<br>KEVIN CHAPPELL,<br>　Warden of California<br>　State Prison at San Quentin,<br><br>　　　　Respondent. | Case No. CV 96-2833 SVW<br><br>**DEATH PENALTY CASE**<br><br>**JUDGMENT**<br><br>JS-6 |

　　The petition for writ of habeas corpus is hereby DENIED.

Dated: July __8__, 2014

　　　　　　　　　　　　　　　　　_/s/ Stephen V. Wilson_
　　　　　　　　　　　　　　　　　STEPHEN V. WILSON
　　　　　　　　　　　　　　　　　United States District Judge