Name: Jan B. Norman
Address: 611 Alvarado Avenue
City, State, Zip: Davis, CA 95616
Phone: 530-746-2245
Fax: 530-746-2245
E-Mail: janbnorman@aol.com

☐ FPD   ☐ Appointed   ☒ CJA   ☐ Pro Per   ☐ Retained

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Steven Livaditis

PLAINTIFF(S),

v.

Kevin Chappell, Warden of San Quentin State Prison

DEFENDANT(S).

CASE NUMBER:

CV 96-2833 SVW

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that _____Steven Livaditis_____ hereby appeals to
                                    *Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☒ Order (specify):

   Denial of Habeas Corpus Petition

☒ Judgment (specify):

   Denial of Habeas Corpus Petition

☐ Other (specify):

Imposed or Filed on ___July 8, 2014___. Entered on the docket in this action on ___July 8, 2014___.

A copy of said judgment or order is attached hereto.

___October 17, 2014___                    ___Jan B. Norman___
Date                                       Signature
                                           ☐ Appellant/ProSe   ☒ Counsel for Appellant   ☐ Deputy Clerk

Note:   The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the
        attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number
        of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

A-2 (01/07)                              NOTICE OF APPEAL

## PARTIES AND COUNSEL FOR PARTIES

*Petitioner – Steven Livaditis*

    Counsel for Petitioner on Appeal

        Jan B. Norman

        611 Alvarado Avenue

        Davis, CA 95616

        Telephone: (530) 746-2245

        Email: janbnorman@aol.com

        Gary D. Sowards

        2029 Century Park E., 3rd Flr.

        Los Angeles, California 90067

        Telephone: (310) 552-5300

        Email: gsowards@mcbreensenior.com

*Kevin Chappell, Warden of San Quentin State Prison – Respondent*

        Counsel for Respondent

        Victoria B. Wilson

        Supervising Deputy Attorney General

        Office of the Attorney General

        300 South Spring Street

        Los Angeles, California 90013

        Telephone: (213) 897-2357

        Email: victoria.wilson@doj.ca.gov