FILED

OCT 07 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| STEVEN LIVADITIS, <br><br> Petitioner-Appellant, <br><br> v. <br><br> RON DAVIS, Warden, <br><br> Respondent-Appellee. | No. 14-99011 <br><br> D.C. No. 2:96-cv-02833-SVW <br> Central District of California, <br> Los Angeles <br><br> ORDER |

Before: GOULD, CLIFTON, and BEA, Circuit Judges.

Petitioner's Motion to Strike Improper and Misleading Material from Appellee's Opposition to Petition for Rehearing or Rehearing En Banc (Docket Entry No. 89) is GRANTED. Appellee shall file a corrected version removing footnotes 1, 7, and 8 from its Opposition to Petition for Rehearing and Rehearing En Banc (Docket Entry No. 88) by October 11, 2019.